```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | STANLEY A. BOONE
   | SEHILA K. OBERTO
 3 | Assistant U.S. Attorneys
   | 4401 Federal Building
 4 | 2500 Tulare Street
   | Fresno, California 93721
 5 | Telephone: (559) 497-4000
```

FILED
SEP 1 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCHES OF:                      )   S.W. NO.
1:07SW00169 SMS                                        )
8200 Stockdale Highway # K4                            )   **UNDER SEAL**
Bakersfield, California 93311                          )
1:07SW00167 SMS                                        )   ORDER SEALING SEARCH WARRANT
3700 Gosford Road Suite C                              )   AFFIDAVITS
Bakersfield, California 93309                          )
1:07SW00174 SMS                                        )
12504 Crown Crest Drive                                )
Bakersfield, California 93311                          )
1:07SW00173 SMS                                        )
10509 New Quay Court                                   )
Bakersfield, California 93311                          )
1:07SW00172 SMS                                        )
12716 Crown Crest Drive                                )
Bakersfield, California 93311                          )
1:07SW00179 SMS                                        )
5208 Glacier Canyon Court                              )
Bakersfield, California 93313                          )
1:07SW00178 SMS                                        )
12403 Crown Crest Drive                                )
Bakersfield, California 93311                          )
1:07SW00168 SMS                                        )
11503 Walderi Street                                   )
Bakersfield, California 93311                          )
1:07SW00171 SMS                                        )
11719 Covent Gardens Drive                             )
Bakersfield, California 93311                          )
1:07SW00170 SMS                                        )
4500 California Avenue Suite #209                      )
Bakersfield, California 93309                          )
1:07SW00175 SMS                                        )
12004 Bedfordshire Drive,                              )
Bakersfield, California 93311                          )
1:07SW00176 SMS                                        )
11911 Crockett Court,                                  )
Bakersfield, California                                )
1:07SW00177 SMS                                        )
10800 Stratton Court,                                  )
Bakersfield, California                                )
                                                       )
                                                       )

1

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court _in_ _camera_, under _seal_ and shall not be disclosed pending further order of this court.

DATED: 9/11/07

SANDRA M. SNYDER
U.S. Magistrate Judge

1