

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
                IN THE UNITED STATES DISTRICT COURT FOR THE
6
                      EASTERN DISTRICT OF CALIFORNIA
7
    IN THE MATTER OF:              )    07-SW-00169  SMS
8                                  )    07-SW-00167  SMS
    8200 Stockdale Highway, #K4    )    07-SW-00174  SMS
9   Bakersfield, California 93311  )    07-SW-00173  SMS
                                   )    07-SW-00172  SMS
10  3700 Gosford Road, Suite C     )    07-SW-00179  SMS
    Bakersfield, California 93309  )    07-SW-00178  SMS
11                                 )    07-SW-00168  SMS
    12504 Crown Crest Drive        )    07-SW-00171  SMS
12  Bakersfield, California 93311  )    07-SW-00175  SMS
                                   )    07-SW-00176  SMS
13  10509 New Quay Court           )    07-SW-00177  SMS
    Bakersfield, California 93311  )
14                                 )    ORDER TO UNSEAL SEARCH WARRANT
    12716 Crown Crest Drive        )    AFFIDAVIT AND WARRANTS
15  Bakersfield, California 93311  )
                                   )
16  5208 Glacier Canyon Court      )
    Bakersfield, California 93313  )
17                                 )
    12403 Crown Crest Drive        )
18  Bakersfield, California 93311  )
                                   )
19  11503 Walderi Street           )
    Bakersfield, California 93311  )
20                                 )
    11713 Covent Gardens Drive     )
21  Bakersfield, California 93311  )
                                   )
22  4500 California Avenue, Ste 209)
    Bakersfield, California 93309  )
23                                 )
    12004 Bedfordshire Drive       )
24  Bakersfield, California 93311  )
                                   )
25  11911 Crockett Court           )
    Bakersfield, California        )
26                                 )
    10800 Strattong Court          )
27  Bakersfield, California        )
                                   )
28
                                     1
```

1   The search warrant affidavit in this case having been sealed
2   by Order of its Court on September 11, 2007, and it appearing that
3   the affidavit and warrant are not required to remain secret based
4   upon the motion submitted by the government,

5   IT IS HEREBY ORDERED that the search warrant affidavits and
6   warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER